# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALFEY RAMDHAN,<br>　　Plaintiff,<br>v.<br>FLIPPINS TRENCHIN, INC.,<br>　　Defendant. | Case No. 2:24-cv-01774-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by March 28, 2025.

IT IS SO ORDERED.

Dated: March 24, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge