# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALFEY RAMDHAN., <br>     Plaintiff, <br> v. <br> FLIPPINS TRENCHING, INC., <br>     Defendant. | Case No. 2:24-cv-01774-GMN-NJK <br><br> **Order** |

On March 24, 2025, the Court ordered the parties to file a discovery plan by March 28, 2025. Docket No. 17. The parties violated that order. The Court again orders the parties to file a discovery plan, this time by April 4, 2025. **FAILURE TO COMPLY MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: March 31, 2025

                                                          Nancy J. Koppe <br>
                                                        United States Magistrate Judge