# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALFEY RAMDHAN,<br>    Plaintiff,<br>v.<br>FLIPPINS TRENCHING, INC.,<br>    Defendant. | Case No. 2:24-cv-01774-GMN-NJK<br>**Order**<br>[Docket Nos. 19, 20] |

Pending before the Court is Plaintiff's motion to compel discovery. Docket No. 19. Plaintiff seeks Defendant's compliance to meet and confer regarding a joint discovery plan.[1] *Id.* at 2. On April 3, 2025, the parties filed their proposed joint discovery plan. *See* Docket No. 20. Accordingly, the Court **DENIES** Plaintiff's motion as moot. Docket No. 19.

Also pending before the Court is the parties' proposed joint discovery plan, Docket No. 20, which is **GRANTED**. Deadlines are hereby **SET** as follows:

- Initial disclosures:  April 15, 2025
- Amend pleadings/add parties:  April 29, 2025
- Initial experts:  May 29, 2025
- Rebuttal experts:  June 30, 2025
- Discovery cutoff:  July 28, 2025
- Dispositive motions:  August 27, 2025
- Joint proposed pretrial order: September 26, 2025, or 30 days after resolution of dispositive motions, or by further Court order

---

[1] Plaintiff also seeks interrogatories, requests for production of documents, and other discovery requests. Docket No. 19 at 3. A party may not seek discovery from any source before the parties have conferred. *See* Fed. R. Civ. P. 26(d).

In order to account for the parties' late filing of the discovery plan, discovery responses must be provided within 14 days, not 30. *See, e.g.,* Fed. R. Civ. P. 34(b)(2)(A). These expediated deadlines cannot be modified by agreement of the parties without obtaining the Court's approval.

IT IS SO ORDERED.

Dated: April 7, 2025

                                                Nancy J. Koppe
                                                United States Magistrate Judge