# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALFEY RAMDHAN,<br><br>             Plaintiff,<br><br>v.<br><br>FLIPPINS TRENCHING, INC.,<br><br>             Defendant. | Case No.: 2:24-cv-01774-GMN-NJK<br><br>**Order**<br><br>[Docket Nos. 24, 25] |

Pending before the Court is Plaintiff's motion for sanctions. Docket No. 24. Also pending before the Court is Plaintiff's motion for an extension of time to obtain legal representation. Docket No. 25. The motions are properly resolved without a hearing. *See* Local Rule 78-1.

Plaintiff requests sanctions against Defendant "for not properly delivering legal documents" to him. Docket No. 24-1 at 2. Plaintiff submits that sanctions are proper under Fed. R. Civ. P. 4, 5, and 37. *Id*. However, Rule 4 deals with summons and service of a complaint, Rule 5 does not provide for sanctions, and Rule 37 provides for sanctions for failure to make disclosures or to cooperate in discovery. Thus, the motion fails to demonstrate how its requested relief is proper under the rules and further fails to cite to any points and authorities in support of the requested relief.[1] *See* Docket No. 24. "The failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion." Local Rule 7-2(d). Accordingly, Plaintiff's motion for sanctions is **DENIED** without prejudice. Docket No. 24.

---

[1] Plaintiff also submits that he has not had any opportunity to read or to answer any of Defendant's motions. Docket No. 24-2 at 2. However, the only motion or stipulation that Defendant has filed is its motion to dismiss, Docket No. 11, which Plaintiff responded to, Docket Nos. 14 and 15, and the parties' stipulated discovery plan, Docket No. 20, which Plaintiff agreed to, *id*. at 5-6.

1

1        Plaintiff also requests a 30-day extension to obtain legal representation. Docket No. 25-1 at 2-3. There is no deadline for Plaintiff to obtain legal representation. *See* Docket. Accordingly, Plaintiff's motion for an extension of time to obtain legal representation is **DENIED** as moot. Docket No. 25.

       IT IS SO ORDERED.

       Dated: July 15, 2025

                                                            Nancy J. Koppe
                                                           United States Magistrate Judge