1

2

3                          **UNITED STATES DISTRICT COURT**

4                                **DISTRICT OF NEVADA**

5

6   ALFEY RAMDHAN,                                Case No. 2:24-cv-01774-GMN-NJK

          Plaintiff,

7                                                          **Order**

    v.

8                                                     [Docket No. 31]

    FLIPPINS TRENCHING, INC.,

9

          Defendant.

10

11          Pending before the Court is Plaintiff's motion to extend time to file an amended complaint.

12   Docket No. 31.[1]  No response is necessary.

13          On July 8, 2025, the Court entered an order granting Plaintiff 21 days to file an amended

14   complaint.  Docket No. 23.  That deadline has expired, and Plaintiff has not filed his amended

15   complaint.  *See* Docket.

16          Federal Rule of Civil Procedure 6(b) states that "the court may, for good cause, extend the

17   time … on motion made after the time has expired if the party failed to act because of excusable

18   neglect."  Local Rule IA 6-1 requires a party moving for an extension of time after a deadline has

19   expired to demonstrate that the "failure to file the motion before the deadline expired was the result

20   of excusable neglect."

21          In the instant motion, Plaintiff asserts that he is extremely ill and has been advised by his

22   psychiatrist to rest for 30 or 60 days.  Docket No. 31 at 5.  Plaintiff submits that he is suffering

23   from major depressive disorder, impaired memory, and other cognitive difficulties which make it

24   difficult to construct a coherent and persuasive brief and engage effectively in these proceedings.

25   Docket 31-1 at 1-2.  Plaintiff also submits that he is on medication for this condition.  *Id.* at 2.

26

27

    _____

28   [1] The Court liberally construes the filing of *pro se* litigants. *Hebbe v. Pliler*, 627 F.3d 338, 342 & n.7 (9th Cir. 2010).

1    Further, Plaintiff submits that he failed to file his amended complaint by July 29, 2025, because

2    he "suffered severely with medical pain" during the last two weeks of July.  *Id.* at 3.

3            Accordingly, for good cause and excusable neglect shown, the Court GRANTS Plaintiff's

4    motion to extend.  Plaintiff must file his amended complaint no later than September 26, 2025.

5            Further, the Court INSTRUCTS the Clerk's Office to seal Docket No. 31-1 at 2 and 9-13,

6    because these pages contain Plaintiff's medical records and list of medications.

7            IT IS SO ORDERED.

8            Dated: August 15, 2025

9

10                                                   _____

11                                                   Nancy J. Koppe
                                                     United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2